UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-21031-CIV-SEITZ/SIMONTON

JOSE ANGEL CRUZ RODRIGUEZ.,

    Plaintiff,

vs.

M.I. QUALITY LAWN
MAINTENANCE, INC., *et al.*,

    Defendants.
_____/

## ORDER AFFIRMING AND ADOPTING MAGISTRATE REPORT AND RECOMMENDATION

THIS MATTER came before the Court upon the Report and Recommendation Re: Granting, in Part, Defendants' Motion to Tax Costs [DE-40], in which Magistrate Judge Simonton recommends awarding Defendants $307.30 in costs. Neither side has filed objections to the Report and Recommendation. Having reviewed, *de novo*, the Report and Recommendation and the record, it is

ORDERED that:

1) The above-mentioned Report and Recommendation [DE-40] is AFFIRMED and ADOPTED, and incorporated by reference into this Court's Order; and

2) Defendants' Motion to Tax Costs [DE-26] is GRANTED in part. Defendants are awarded costs in the amount of $307.30.

DONE and ORDERED in Miami, Florida, this 28 day of February, 2012.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record